

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00191-CV

Alexander Webster **PIERCE** III,
Appellant

v.

Julia Tomlin **PIERCE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10620
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The clerk's record has been filed; the reporter's record is still due. On April 1, 2019, Appellant filed the civil docketing statement and asked this court to order the parties to mediate their dispute.

If Appellee opposes mediation, Appellee must advise this court in writing within TEN DAYS of the date of this order. Otherwise, this court will refer this case to mediation. *See Transp. Ins. Co. v. Faircloth*, 898 S.W.2d 269, 280 (Tex. 1995) ("Public policy favors the amicable settlement of controversies.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court